**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No.155091
JENNY D. BAYSINGER, ESQ.
CA State Bar No.251014

Attorneys for Defendants
EDDIE DIAZ, ERIC HOWARD,
LAERTIS MORAITIS and DANIEL VILLALOBOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS, <br><br> Defendants. | Case No.: 2:17-CV-01157-KJM-AC <br><br> **JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER FOR GOOD CAUSE [Fed. R. Civ. Proc. 16(b)]** <br><br> Dept: Courtroom 3, 15th Floor <br> Judge: Hon. Kimberly J. Mueller <br><br> Trial Date: None yet set |

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and Section X of the Status (Pre-trial) Scheduling Order issued by United States District Judge Kimberly J. Mueller on November 9, 2017 (the "Scheduling Order"), Plaintiff TRINIDAD BROWN ("Brown") and Defendants, EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS (collectively "Defendants"), by and through undersigned counsel, hereby jointly stipulate and move to modify the Scheduling Order for good cause as follows:

1. Pursuant to the Scheduling Order, the cut-off for expert witness discovery is October 12, 2018. There is no trial date yet set in this matter.

2. The Parties scheduled the deposition of Plaintiff's expert, Roger Clark to occur on October 4, 2018, within the parameters of the Scheduling Order.

3. Counsel for Defendants is presently in trial in the Superior Court of California, County of San Joaquin in a matter titled *Lytle v. Jeffrey,* San Joaquin County Case Number: STK-CV-UAT-2015-0010820. Counsel does not believe that this case will be concluded in its entirety before October 4, 2018. As a result of counsel's unavailability, the deposition of Mr. Clark had to be rescheduled.

4. The Parties were unable to identify any mutually available dates between October 4, 2018 and the current expert discovery cut-off date of October 12, 2018 on which to conduct Mr. Clark's examination.

5. Counsel rescheduled the deposition of Ms. Clark to occur on October 25, 2018, after the current expert discovery cut-off and twenty-one (21) days later than the originally scheduled deposition date.

6. The testimony of Mr. Clark is critical to the Parties' ability to fully evaluate their respective cases, to prepare for trial, and to evaluate the propriety of and compose any appropriate dispositive motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

_____
Stipulation and Order to Modify Scheduling Order
Page 2

7. In light of the above, the Parties have met and conferred and agreed to approach the Court regarding modifications to the Scheduling Order. The parties propose that the Scheduling Order be modified as follows:

    a. Expert Discovery Cut-Off extended 21 days to **Friday, November 2, 2018**.

    b. Dispositive Motion hearing deadline extended a concomitant 21 days to **Thursday, December 20, 2018**.

IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.

        **PICCUTA LAW GROUP, LLP**

DATED: October 3, 2018         /s/ Charles Tony Piccuta
        CHARLES TONY PICCUTA, ESQ.
        ATTORNEYS FOR PLAINTIFF

        **MAYALL HURLEY PC**

DATED: October 3, 2018         /s/ Mark E. Berry
        MARK E. BERRY
        ATTORNEYS FOR DEFENDANTS EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS

**ORDER**

The Court, having considered the parties' Joint Stipulation and Request to Modify Scheduling Order, and good cause appearing therefore, hereby modifies the Scheduling Order as follows:

| Event | Existing Date | New Date |
|---|---|---|
| Expert Discovery Deadline | October 12, 2018 | November 2, 2018 |
| Last Day to Hear Dispositive Motions | November 29, 2018 | December 21, 2018 at 10:00 AM in Courtroom 3. |

IT IS SO ORDERED.

DATED: October 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

_____
Stipulation and Order to Modify Scheduling Order
Page 4