MAYALL, HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No.155091
JENNY D. BAYSINGER, ESQ.
CA State Bar No.251014

Attorneys for Defendants
EDDIE DIAZ, ERIC HOWARD,
LAERTIS MORAITIS and DANIEL VILLALOBOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS,<br><br>　　　　　　Defendants. | Case No.: 2:17-CV-01157-KJM-AC<br><br>JOINT STIPULATION AND ORDER TO FURTHER MODIFY SCHEDULING ORDER FOR GOOD CAUSE [Fed. R. Civ. Proc. 16(b)]<br><br>Dept:　　Courtroom 3, 15th Floor<br>Judge:　Hon. Kimberly J. Mueller<br><br>Trial Date:　None yet set |

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and Section X of the Status (Pre-trial) Scheduling Order issued by United States District Judge Kimberly J. Mueller on October 10, 2018 (the "Scheduling Order"), Plaintiff TRINIDAD BROWN ("Brown") and Defendants, EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS (collectively "Defendants"), by and through undersigned counsel, hereby jointly stipulate and move to modify the Scheduling Order for good cause as follows:

　　　　1.　　Pursuant to the Scheduling Order, the cut-off for expert witness discovery is November 2, 2018. There is no trial date yet set in this matter.

2. The Parties scheduled the deposition of Plaintiff's expert, Roger Clark, to occur on October 25, 2018, within the parameters of the Scheduling Order.

3. Plaintiff's expert, Roger Clark, was unable to proceed with the deposition on October 25, 2018, because of obligations to testify in the matter of *Flores v. the City of Concord* (USDC N.D. CA case #4:15-CV-05244), which unexpectedly proceeded to trial. As a result of the expert's unavailability and scheduling conflicts with counsel, the deposition of Mr. Clark had to be rescheduled.

4. The Parties were unable to identify any mutually available dates between October 25, 2018 and the current, previously extended expert discovery cut-off date of November 2, 2018 on which to conduct Mr. Clark's examination.

5. Counsel have rescheduled the deposition of Mr. Clark to occur on November 30, 2018, after the current expert discovery cut-off and thirty-six (36) days following the previously scheduled deposition date of October 25, 2018.

6. The testimony of Mr. Clark is critical to the Parties' ability to fully evaluate their respective cases, to prepare for trial, and to evaluate the propriety of and compose any appropriate dispositive motions.

///

///

///

///

///

///

///

///

_____
Stipulation and Order to Modify Scheduling Order
Page 2

7. In light of the above, the Parties have met and conferred and agreed to approach the Court regarding modifications to the Scheduling Order. The parties propose that the Scheduling Order be modified as follows:

    a. Expert Discovery Cut-Off extended 36 days to **December 8, 2018.**

    b. Dispositive Motion hearing deadline extended a concomitant 36 days to **January 25, 2019**.

IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.

**PICCUTA LAW GROUP, LLP**

DATED: November 1, 2018  /s/ Charles Tony Piccuta
CHARLES TONY PICCUTA, ESQ.
ATTORNEYS FOR PLAINTIFF

**MAYALL HURLEY PC**

DATED: November 1, 2018  /s/ Mark E. Berry
MARK E. BERRY
ATTORNEYS FOR DEFENDANTS EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS

**ORDER**

The Court, having considered the parties' Joint Stipulation and Request to Modify Scheduling Order, and good cause appearing therefore, hereby modifies the Scheduling Order as follows:

| Event | Existing Date | New Date |
| --- | --- | --- |
| Expert Discovery Deadline | November 2, 2018 | December 8, 2018 |
| Last Day to Hear Dispositive Motions | December 21, 2018 at 10:00 AM in Courtroom 3 | January 25, 2019 at 10:00 AM in Courtroom 3 |

DATED: November 8, 2018.

_____
UNITED STATES DISTRICT JUDGE