Charles Tony Piccuta (258333)
Charles Albert Piccuta (56010)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile: (831) 920-3112
charles@piccutalaw.com

Attorneys for Plaintiff
Trinidad Brown

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRINIDAD BROWN, | Case No.: 2:17-CV-01157-KJM-AC |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER FOR GOOD CAUSE [Fed. R. Civ. Proc. 16(b)], EXTEND PLAINTIFF'S TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND RESET HEARING DATE** |
| v. | |
| EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and paragraph X of the Status (Pre-trial) Scheduling Order issued by United States District Judge Kimberly J. Mueller on November 9, 2017 (the "Scheduling Order"), the parties by and through undersigned counsel, hereby jointly stipulate and move to modify the Scheduling Order for good cause as follows:

1. Pursuant to the Scheduling Order, and modification thereto by the Court's November 9, 2018 Order (Dock. #50), the last date to hear dispositive motions in this case is January 25, 2019.

2. On December 28, 2018, counsel for Defendants filed a Motion for Summary Judgment (Dock. #51) and scheduled the hearing for that Motion on January 25, 2019.

3. Counsel for Plaintiff needs additional time to complete and file the Response to the Motion for Summary Judgment due in part to other case commitments and the unexpected departure of his paralegal.

4. Counsel for Plaintiff requested that counsel for Defendants stipulate to a one-week extension for Plaintiff to file his Response to the Motion for Summary Judgment and a corresponding continuance of the hearing date to the next available civil law and motion hearing date.

5. Counsel for Defendants has graciously agreed to extend Plaintiff's time to Respond to the Motion for Summary Judgment by one week and agreed to continue the hearing to Friday, February 8, 2019 at 10:00 a.m., with the Court so permitting.

6. The current date for Plaintiff to file a response to the Motion for Summary Judgment is January 11, 2019.

7. In light of the above, the Parties have met and conferred and agreed to ask the Court to allow the extension and resetting of the hearing and to modify the Scheduling Order accordingly.

**WHEREFORE,** the parties jointly stipulate and request that the Court extend the time for Plaintiff to file his response to the Motion for Summary Judgment through January 18, 2019, reset the deadline for Defendant to file a Reply to January 25, 2019, reset the hearing on the motion for summary judgment to Feb.8, 2019, and modify the Scheduling Order accordingly.

**IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.**

Dated: January 10, 2019	**PICCUTA LAW GROUP, LLP**
/s/ *C.T. Piccuta*
Charles Tony Piccuta
Attorneys for Plaintiff
TRINIDAD BROWN

Dated: January 10, 2019	**MAYALL HURLEY P.C.**
/s/ *Mark Berry*
Mark Berry
Attorneys for Defendants
EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS

**ORDER**

The Court, having considered the parties' Joint Stipulation and Request to Modify the Scheduling Order, and good cause appearing therefore, hereby grants the Stipulation. The Scheduling Order is modified so that the last date to hear dispositive motions is extended to February 8, 2019. Plaintiff's deadline to file a response to the Motion for Summary Judgment shall be extended to January 18, 2019 and Defendant's deadline to file a reply to that response shall be January 25, 2019. The hearing date on the Motion for Summary Judgment shall be reset for February 8, 2019 at 10:00 AM.

**IT IS SO ORDERED.**

DATED: January 11, 2019.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, I caused the below document to be electronically transmitted to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER FOR GOOD CAUSE [Fed. R. Civ. Proc. 16(b)], EXTEND PLAINTIFF'S TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND RESET HEARING DATE

Honorable Kimberly J. Mueller
United States District Court
501 1st Street, Suite 4-200
Sacramento, CA 95814

MAYALL, HURLEY, P.C.
A Professional Corporation
MARK E. BERRY, ESQ.
2453 Grand Canal Blvd., Second Floor
Stockton, CA 95207-8253
MBerry@mayallaw.com
Attorney for Defendants

By: _____/s/ *C. T. Piccuta*_____
       Charles Tony Piccuta