**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant,
ERIC HOWARD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS.<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01157-KJM-AC<br><br>**NOTICE OF SUBMISSION OF DEFENDANT'S SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:　　November 4, 2021<br>Time:　　9:00 a.m.<br>Courtroom:　26<br>Judge:　　Mag. Judge Allison Claire |

　　　This Notice serves to comply with the Court's Minute Order of July 29, 2021 (ECF 76).

The Defendant's Settlement Conference Statement has been served upon the court.


DATED:  October 28, 2021　　　　　　　**MAYALL HURLEY, P.C.**


　　　　　　　　　　　　　　　　　　　　By 　　*/s/ Mark E. Berry*
　　　　　　　　　　　　　　　　　　　　　　MARK E. BERRY
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　ERIC HOWARD

---

Page 1
NOTICE OF SUBMISSION OF DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT