Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
charles@piccutalaw.com

Attorneys for Plaintiff
TRINIDAD BROWN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BROWN, | Case No.:  2:17-CV-01157-KJM-AC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS, | |
| Defendants. | |

NOW COMES, Plaintiff, Trinidad Brown, and hereby gives notice that his settlement conference statement was submitted to the Honorable Judge Allison Claire on October 28, 2021.

Dated: October 28, 2021

**PICCUTA LAW GROUP, LLP**

/s/  *C.T. Piccuta*

Charles Tony Piccuta
Attorneys for Plaintiff,
TRINIDAD BROWN