**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Tel: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
JENNY D. BAYSINGER, ESQ.
CA State Bar No. 251014

Attorneys for Defendant,
ERIC HOWARD

**PICCUTA LAW GROUP, LLP**
400 West Franklin Street
Monterey, CA  93940
Tel: (831) 920-3111
Fax: (831) 920-3112
Charles Tony Piccuta (SBN: 258333)
charles@piccutalaw.com

Attorneys for Plaintiff,
TRINIDAD BROWN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>EDDIE DIAZ, ERIC HOWARD, LAERTIS MORAITIS and DANIEL VILLALOBOS.<br><br>    Defendants. | Case No.  2:17-cv-01157-KJM-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, TRINIDAD BROWN, and defendant, Officer ERIC HOWARD stipulate to the dismissal of this entire action, with prejudice, and all claims alleged by and against all parties therein, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

_____

Page 1
STIPULATION OF DISMISSAL WITH PREJUDICE

DATED: January 20, 2022                  **MAYALL HURLEY, P.C.**

                                         By   */s/ Mark E. Berry*
                                              MARK E. BERRY
                                              Attorney for Defendant,
                                              ERIC HOWARD


DATED: January 20, 2022                  **PICCUTA LAW GROUP, LLP**


                                         By */s/ Charles T. Piccuta (as authorized 1/20/22)*
                                              CHARLES TONY PICCUTA
                                              Attorneys for Plaintiff,
                                              TRINIDAD BROWN