1  **MAYALL HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Tel: (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091
   JENNY D. BAYSINGER, ESQ.
5  CA State Bar No.251014

6  Attorneys for Defendant,
   ERIC HOWARD
7

8  **PICCUTA LAW GROUP, LLP**
   400 West Franklin Street
9  Monterey, CA  93940
   Tel: (831) 920-3111
10 Fax: (831) 920-3112
11 Charles Tony Piccuta (SBN: 258333)
   charles@piccutalaw.com
12

13 Attorneys for Plaintiff,
   TRINIDAD BROWN

14

15                 **UNITED STATES DISTRICT COURT**

16             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

17

18 TRINIDAD BROWN,                    )  Case No.  2:17-cv-01157-KJM-AC
                                      )
19        Plaintiff,                  )  **STIPULATION OF DISMISSAL**
                                      )  **WITH PREJUDICE; ORDER**
20 vs.                                )
                                      )
21 EDDIE DIAZ, ERIC HOWARD, LAERTIS   )
   MORAITIS and DANIEL VILLALOBOS.    )
22                                    )
          Defendants.                 )
23

24        Plaintiff, TRINIDAD BROWN, and defendant, Officer ERIC HOWARD stipulate to

25 the dismissal of this entire action, with prejudice, and all claims alleged by and against all

26 parties therein, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

27        Each party shall bear its own attorneys' fees and costs.

28        IT IS SO STIPULATED.

---
Page 1
STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER

DATED: January 20, 2022          **MAYALL HURLEY, P.C.**

By  */s/ Mark E. Berry*
    MARK E. BERRY
    Attorney for Defendant,
    ERIC HOWARD


DATED: January 20, 2022          **PICCUTA LAW GROUP, LLP**

By*/s/ Charles T. Piccuta (as authorized 1/20/22)*
    CHARLES TONY PICCUTA
    Attorneys for Plaintiff,
    TRINIDAD BROWN


**ORDER**

    IT IS SO ORDERED.

DATED: January 21, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE